**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 9, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00015-CV**

---

**IN RE MICHAEL C. ENGELHART, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Chair of the Harris County Democratic Party**
**Harris County, Texas**

---

## MEMORANDUM OPINION

On Monday, January 8, 2024, relator Michael C. Engelhart filed a petition for writ of mandamus in this court. *See* Tex. Elec. Code §§ 273.061–.063; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel respondent Michael Patrick Doyle, Chair of the Harris County Democratic Party, to reject Erica Roche Hughes's application and remove her name from the ballot for the

151st Judicial District Court of Harris County, Texas. Alternatively, relator requests that the court "instruct respondent to: reexamine Engelhart's Challenge under a preponderance-of-the-evidence standard; properly review the 'content' of Hughes's petition; and reject signatures proven to be invalid."

Because there are contested issues of fact that must be resolved after a hearing on the merits, relator has not established that he is entitled to mandamus relief. *See In re Angelini*, 186 S.W.3d 558, 559 (Tex. 2006). Accordingly, we deny relator's petition for writ of mandamus. Additionally, all pending motions are denied as moot.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Wilson.